| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Kay, Alan C | 2. Court or Organization U.S. District Court, Hawaii | 3. Date of Report 3/18/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Sr. | 5. Report Type (check appropriate type) ○ Nomination, Date 7/3/1986 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address 300 Ala Moana Blvd., C-415 Honolulu, HI 96850 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

**SELF INITIATED AMENDMENT**

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | American Inns of Court – Hawaii |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/90 | IRA with Pacific Century Trust (fka Hawaiian Trust Co., Ltd.) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 3/18/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Incom**

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

**B. Spouse's Non-Investment Income**(If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 3/18/2004 |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | (1) | | (1) | | | | disclosure | |
| | | | | | | (1) | (2) | (3) | (4) | |
| | | (A-H) | int.) | (J-P) | Code 3 (Q-W) | merger, redemption) | Day | | | transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| □ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1. | Real Property 1,Molokai, HI ▓▓▓ | A | Rent | ▓▓▓ | S | | | | | Tenant: Milton Juario |
| 2. | Real Property 2, Molokai, HI ($49,200) | A | Rent | K | S | | | | | |
| 3. | Real Property, Kailua, Oahu, HI ($144,500) | | None | M | S | | | | | |
| 4. | Real Property, Hana, Maui, HI ($508,200) | | None | O | S | | | | | |
| 5. | Pacific Century Trust (IRA)1 | ▓▓▓ | Int./Div. | ▓▓▓ | T | | | | | |
| 6. | -Pacific Capital Funds | | | | | | | | | |
| 7. | -Frank Russell Funds | | | | | | | | | |
| 8. | Pacific Century Trust (IRA)2 | A | Interest | K | T | | | | | |
| 9. | -Oppenheimer Main St. Growth & Income Fund | | | | | | | | | |
| 10. | -Putnam Fund for Growth & Income | | | | | | | | | |
| 11. | Pacific Century Trust (IRA)3 | A | Interest | J | T | | | | | |
| 12. | -Pacific Century money market | | | | | | | | | |
| 13. | Trust with Pacific Century Trust4 | A | Interest | J | T | | | | | |
| 14. | -Pacific Capital Funds | | | | | | | | | |
| 15. | Trust | A | Dividend | M | T | | | | | |
| 16. | -Charles Schwab money market, 1060, & Int'l Index Funds | | | | | | | | | |
| 17. | Sears Liquid Asset Fund | A | Interest | J | T | | | | | |
| 18. | ATT common stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B – $1,001-$2,500    C = $2,501-$5,000    D – $5,001-$15,000    E – $15,001-$50,000
(See Columns B1 and D4)    F – $50,001-$100,000    G – $100,001-$1,000,000    H1 – $1,000,001-$5,000,000    H2 – More than $5,000,000

2. Value Codes:    J – $15,000 or less    K – $15,001-$50,000    L – $50,001-$100,000    M – $100,001-$250,000
(See Columns C1 and D3)    N – $250,000-$500,000    O – $500,001-$1,000,000    P1 – $1,000,001-$5,000,000    P2 – $5,000,001-$25,000,000
   P3 – $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q – Appraisal    R = Cost (Real Estate Only)    S – Assessment    T = Cash/Market
(See Column C2)    U – Book Value    V – Other    W – Estimated



# FINANCIAL DISCLOSURE REPORT
## Page 2 of 2

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 3/18/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Pacific Century Financial Corp. | ▉ | Dividend | ▉ | T | partial gift | | J | | Donees were several charities |
| 20. Exxon common stock | C | Dividend | M | T | | | | | |
| 21. (intentionally blank) | | | | | | | | | |
| 22. General Electric common stock | D | Dividend | ▉ | T | | | | | |
| 23. General Motors Corp. common stock | A | Dividend | J | T | | | | | |
| 24. Verizon (formerly GTE Corp.) common stock | A | Dividend | K | T | | | | | |
| 25. IBM common stock | A | Dividend | J | T | | | | | |
| 26. Starwood Hotels & Resorts common stock | A | Dividend | K | T | | | | | |
| 27. Phillips Petroleum Co. (stocks, notes & debentures) | A | Int./Div. | K | T | | | | | |
| 28. Hawn. Electric Industries common stock | A | Dividend | J | T | | | | | |
| 29. Rayonier common stock | A | Dividend | J | T | | | | | |
| 30. Lucent Technologies common stock | A | Dividend | J | T | | | | | |
| 31. SBC Communications common stock | A | Dividend | J | T | | | | | |
| 32. ITT Industries common stock | A | Dividend | K | T | | | | | |
| 33. ITT Hartford Financial Services Group common stock | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kay, Alun C | 3/18/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kay, Alun C | 3/18/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kay, Alan C | 3/18/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████      Date  3/18/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mall signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Kay, Alan C | 2. Court or Organization U.S. District Court, Hawaii | 3. Date of Report 3/18/2003 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Sr. | 5. ReportType (check appropriate type) ○ Nomination, Date 7/3/1986 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2002 to 12/31/2002 |

| 7. Chambers or Office Address 300 Ala Moana Blvd., C-415 Honolulu, HI 96850 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Counselor | American Inns of Court -- Hawaii |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 12/90 | IRA with Pacific Century Trust (fka Hawaiian Trust Co., Ltd.) |

RECEIVED MAR 26 11 23 AM '04 FINANCIAL DISCLOSURE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kay, Alan C | 3/18/2003 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 3/18/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Real Property 1, Molokai, HI ███ | A | Rent | ███ | S | | | | | Tenant: Milton Juario |
| 2. Real Property 2, Molokai, HI ($49,200) | A | Rent | K | S | | | | | |
| 3. Real Property, Kailua, Oahu, HI ($144,500) | | None | M | S | | | | | |
| 4. Real Property, Hana, Maui, HI ($508,200) | | None | O | S | | | | | |
| 5. Pacific Century Trust (IRA)1 | ███ | Int./Div. | ███ | T | | | | | |
| 6. -Pacific Capital Funds | | | | | | | | | |
| 7. -Frank Russell Funds | | | | | | | | | |
| 8. Pacific Century Trust (IRA)2 | A | Interest | K | T | | | | | |
| 9. -Oppenheimer Main St. Growth & Income Fund | | | | | | | | | |
| 10. -Putnam Fund for Growth & Income | | | | | | | | | |
| 11. Pacific Century Trust (IRA)3 | A | Interest | J | T | | | | | |
| 12. -Pacific Century money market | | | | | | | | | |
| 13. Trust with Pacific Century Trust4 | A | Interest | J | T | | | | | |
| 14. -Pacific Capital Funds | | | | | | | | | |
| 15. Trust | A | Dividend | M | T | | | | | |
| 16. -Charles Schwab money market, 1000, & Int'l Index Funds | | | | | | | | | |
| 17. Sears Liquid Asset Fund | A | Interest | J | T | | | | | |
| 18. ATT common stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kay, Alan C | 3/18/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Pacific Century Financial Corp. | ▓ | Dividend | ▓ | T | partial gift | | J | | Donees were several charities |
| 20. Exxon common stock | C | Dividend | M | T | | | | | |
| 21. (intentionally blank) | | | | | | | | | |
| 22. General Electric common stock | D | Dividend | ▓ | T | | | | | |
| 23. General Motors Corp. common stock | A | Dividend | J | T | | | | | |
| 24. Verizon (formerly GTE Corp.) common stock | A | Dividend | K | T | | | | | |
| 25. IBM common stock | A | Dividend | J | T | | | | | |
| 26. Starwood Hotels & Resorts common stock | A | Dividend | K | T | | | | | |
| 27. Phillips Petroleum Co. (stocks, notes & debentures) | A | Int./Div. | K | T | | | | | |
| 28. Hawn. Electric Industries common stock | A | Dividend | J | T | | | | | |
| 29. Rayonier common stock | A | Dividend | J | T | | | | | |
| 30. Lucent Technologies common stock | A | Dividend | J | T | | | | | |
| 31. SBC Communications common stock | A | Dividend | J | T | | | | - | |
| 32. ITT Industries common stock | A | Dividend | K | T | | | | | |
| 33. ITT Hartford Financial Services Group common stock | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Kay, Alan C | 3/18/2003 |

VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kay, Alan C | 3/18/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___3/18/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544